# EXHIBIT B

**Confirmation Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENDURO RESOURCE PARTNERS LLC, *et al.*, | ) | Case No. 18-11174 (KG) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket No. ____** |
|  | ) |  |

**NOTICE OF ENTRY OF ORDER CONFIRMING**
**THE JOINT PLAN OF LIQUIDATION ENDURO RESOURCE PARTNERS LLC AND**
**ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      1.    <u>**Confirmation of the Plan**</u>. On [July 30], 2018, the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") entered an order (the "***Confirmation Order***") confirming the *Joint Plan of Liquidation of Enduro Resource Partners LLC and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (as modified or amended, the "***Plan***"), in the Chapter 11 Cases of the above-captioned debtors and debtors-in-possession (collectively, the "***Debtors***"). Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings given to them in the Plan and the Confirmation Order. This Notice is intended solely to provide notice of the entry of the Confirmation Order and it does not, and shall not be construed to, limit, modify or interpret any of the provisions of the Confirmation Order. The following paragraphs identify some of the provisions of the Confirmation Order for the convenience of creditors; however, creditors should refer to the full text of the Confirmation Order and should not rely upon the summary provided below.

      2.    <u>**Bar Dates**</u>.

           a.    *Fee Claims*. On or prior to forty-five (45) days after the Effective Date, each Professional shall File with the Bankruptcy Court its final fee application seeking final approval of all fees and expenses from the Petition Date through the Effective Date; *provided* that the Debtors may pay retained Professionals or other Entities in the ordinary course of business after the Effective Date. Objections to any Fee Claim must be Filed and served on the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: Enduro Resource Partners LLC (6288); Enduro Resource Holdings LLC (5571); Enduro Operating LLC (7513); Enduro Management Company LLC (5932); Washakie Midstream Services LLC (7562); and Washakie Pipeline Company LLC (7798). The debtors' mailing address is 777 Main Street, Suite 800, Fort Worth, Texas 76102.

01:23456537.4

Debtors and the requesting party no later than twenty (20) days after such Fee Claim is Filed with the Bankruptcy Court. To the extent necessary, the Plan and the Confirmation Order shall amend and supersede any previously entered order regarding the payment of Fee Claims. Within ten (10) days after entry of a Final Order with respect to its final fee application, each Professional shall remit any overpayment to the Debtors and the Debtors shall pay any unpaid amounts to each Professional.

Any Holder of a Fee Claim that is required to File a request for payment or proof of such Claims and that do not File such requests or proofs of Claim on or prior to forty-five (45) days after the Effective Date shall be forever barred from asserting such Claims against the any of the Debtors, their Estates, or the Plan Administration Trust.

b. *Administrative Claims Other Than Tax and Fee Claims.* Other than with respect to (i) Administrative Claims for which the Bankruptcy Court previously has established a Bar Date and (ii) Fee Claims, any and all requests for payment or proofs of Administrative Claims must be Filed and served on the Plan Administrator and its counsel no later than thirty (30) days after the Effective Date (the "*Administrative Claims Bar Date*"). Objections to any such Administrative Expense Claims must be Filed and served on the claimant no later than sixty (60) days after the Administrative Expense Claims Bar Date, which date may be extended by application to the Bankruptcy Court. The Plan Administrator shall use reasonable efforts to promptly and diligently pursue resolution of any and all Disputed Administrative Claims.

Any Holder of an Administrative Claim that is required to File a request for payment or proof of such Claims and that do not File such requests or proofs of Claim on or before the Administrative Claims Bar Date shall be forever barred from asserting such Claims against the any of the Debtors, their Estates, or the Plan Administration Trust.

c. *Rejection Damages Claims.* All Claims arising from the rejection of Executory Contracts or Unexpired Leases must be Filed with the clerk of the Bankruptcy Court and served upon the Plan Administrator and counsel for the Debtors within thirty (30) days of the occurrence of the Effective Date. Any Claim arising from the rejection of Executory Contracts or Unexpired Leases that becomes an Allowed Claim is classified and shall be treated as a Class 3 General Unsecured Claim.

3. **Bankruptcy Court Address.** For purposes of Filing requests for payment of Administrative Expense Claims and applications for allowance of Professional Fee Claims, the address of the Bankruptcy Court is 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

4. **Copies of Confirmation Order.** Copies of the Confirmation Order and the Plan may be obtained by written request to Enduro Resource Partners LLC, c/o KCC, 2335 Alaska Ave., El Segundo, CA 90245, and may be examined by any party in interest during normal business hours at the Office of the Clerk of the Court, United States Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801. You may also obtain copies of the Confirmation Order or of any pleadings filed in these Chapter 11 Cases for a fee at: http://www.deb.uscourts.gov or free of charge at http://www.kccllc.net/enduro.

Dated: _____
Wilmington, Delaware

Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:           mnestor@ycst.com
                    kcoyle@ycst.com

- and -

George A. Davis (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:           george.davis@lw.com

- and -

Caroline A. Reckler (admitted *pro hac vice*)
Matthew L. Warren (admitted *pro hac vice*)
Jason B. Gott (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:           caroline.reckler@lw.com
                    matthew.warren@lw.com
                    jason.gott@lw.com

*Counsel for Debtors and Debtors in Possession*

01:23456537.4