**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENDURO RESOURCE PARTNERS LLC, *et al.*, | ) ) | Case No. 18-11174 (KG) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Stanley Y. Martinez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 28, 2018, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

*(Continued on Next Page)*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: Enduro Resource Partners LLC (6288); Enduro Resource Holdings LLC (5571); Enduro Operating LLC (7513); Enduro Management Company LLC (5932); Washakie Midstream Services LLC (7562); and Washakie Pipeline Company LLC (7798). The debtors' mailing address is 777 Main Street, Suite 800, Fort Worth, Texas 76102.

- **Liquidating Trustee's Motion for Entry of a Final Decree Closing Certain of the Debtors' Chapter 11 Cases and Amending Caption of the Remaining Case**
  [Docket No. 403]

Dated: October 2, 2018

_____
Stanley Y. Martinez

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 2nd day of October, 2018, by Stanley Y. Martinez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

# Exhibit A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Bankruptcy Servicer for Capital One Auto Finance, a Division of Capital One, N.A. | AIS Portfolio Services, LP | Attn Capital One Auto Finance, a Division of Capital One, N.A. Department | ecfnotices@ascensioncapitalgroup.com |
| Counsel to the Williams Companies and Magnolia Midstream Gas Services | Ashby & Geddes, P.A. | Ricardo Palacio, Esq. | rpalacio@ashbygeddes.com |
| Counsel to North Dakota Department of Trust Lands, North Dakota Industrial Commission, and the North Dakota Department of Health | Ballard Spahr LLP | James A. Lodoen, Esq., Special Assistant Attorney General | lodoenj@ballardspahr.com |
| Counsel to North Dakota Department of Trust Lands, North Dakota Industrial Commission, and the North Dakota Department of Health | Ballard Spahr LLP | Laurel D. Roglen, Esq., Special Assistant Attorney General | roglenl@ballardspahr.com |
| Counsel to the agent for the Debtors' prepetition first lien credit facility | BANK OF AMERICA, N.A. | ATTN: ARYEH FALK | aryeh.falk@davispolk.com |
| Counsel to the agent for the Debtors' prepetition first lien credit facility | BANK OF AMERICA, N.A. | ATTN: DAMIAN SCHAIBLE | damian.schaible@davispolk.com |
| Counsel to the agent for the Debtors' prepetition first lien credit facility | BANK OF AMERICA, N.A. | ATTN: DYLAN CONSLA | dylan.consla@davispolk.com |
| Counsel to the agent for the Debtors' prepetition first lien credit facility | BANK OF AMERICA, N.A. | ATTN: MICHELLE MCGREAL | michelle.mcgreal@davispolk.com |
| Counsel to the agent for the Debtors' prepetition first lien credit facility | BANK OF AMERICA, N.A. | ATTN: ROBERT DEHNEY | rdehney@mnat.com |
| Counsel to the Enduro Royalty Trust | Bracewell LLP | Thomas W. Adkins | thomas.adkins@bracewell.com |
| Counsel for Bank of New York Mellon as Trustee of the Enduro Royalty Trust | Bracewell LLP | William A. Wood, III | trey.wood@bracewell.com |
| Counsel to Seitel Data, Ltd., Seitel Data Corp., Seitel Offshore Corp., and Seitel Canada Ltd. | Clark Hill Strasburger | Andrew Edson | andrew.edson@clarkhillstrasburger.com |
| Counsel to Seitel Data, Ltd., Seitel Data Corp., Seitel Offshore Corp., and Seitel Canada Ltd. | Clark Hill Strasburger | Duane J. Brescia | duane.brescia@clarkhillstrasburger.com; carrie.douglas@clarkhillstrasburger.com |
| Counsel to Bank of America, N.A. | Davis Polk & Wardwell LLP | Damian S. Schaible, Aryeh Ethan Falk, Michelle M. McGreal, and Dylan A. Consla | damian.schaible@davispolk.com; aryeh.falk@davispolk.com; michelle.mcgreal@davispolk.com; dylan.consla@davispolk.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury |  | statetreasurer@state.de.us |
| Top 30 Creditor | Electric Solutions | Christopher Bristol, Owner | cbristol@utma.com |
| Counsel to the Debtors' prepetition majority equity owner | EQUITY SPONSOR | ATTN: DAVID MEYER | dmeyer@velaw.com |
| Counsel to the Debtors' prepetition majority equity owner | EQUITY SPONSOR | ATTN: JESSICA PEET | jpeet@velaw.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to Apache Corporation | Foley & Lardner LLP | John P. Melko | jmelko@foley.com; jmelko@gardere.com |
| Counsel to Cobra Oil & Gas Corp. | Forshey & Prostok, LLP | J. Robert Forshey | bforshey@forsheyprostok.com |
| Counsel to XTO Energy, Inc. and Exxon Mobil Corporation | Forshey & Prostok, LLP | J. Robert Forshey & Lynda L. Lankford | bforshey@forsheyprostok.com; llankford@forsheyprostok.com |
| Counsel to the Williams Companies and Magnolia Midstream Gas Services | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | Steven W. Soule, Esq. | ssoule@hallestill.com |
| Counsel to Heiple Mineral Trust | Heiple Law Office | H. L. Heiple, Esq. | heiplelaw@cox.net |
| Attorneys for New Mexico Oil Corporation | Hinkle Shanor LLP | Nancy S. Cusack | ncusack@hinklelawfirm.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Chevron U.S.A. Inc. | King & Spalding LLP | Edward L. Ripley, Esq. and Ann R. Carroll, Esq. | eripley@kslaw.com; acarroll@kslaw.com |
| Counsel to Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Credit Products, L.L.C. | Landis Rath & Cobb LLP | Richard S. Cobb, Esq. and Kerri K. Mumford, Esq. | cobb@lrclaw.com; mumford@lrclaw.com |
| Counsel to Kinder Morgan Production Company | Law Office of Patricia Williams Prewitt | Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Counsel to Winkler County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Shelby County | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | houston_bankruptcy@publicans.com |
| Counsel to the State of Louisiana, Department of Natural Resources | Louisiana Department of Justice | Ryan M. Seidemann, Assistant Attorney General | seidemannr@ag.state.la.us; lentoc@ag.state.la.us |
| Counsel for OXY USA Inc. | McCarter & English, LLP | Kate Roggio Buck, Esq. and Shannon D. Humiston, Esq. | kbuck@mccarter.com; shumiston@mccarter.com |
| Counsel to the County of Medina, Texas and the County of Milam, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Tara LeDay | cary.cain@mvbalaw.com; bankruptcy@mvbalaw.com |
| Counsel to U.S. Specialty Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | David P. Primack, Esq. | dprimack@mdmc-law.com |
| Counsel to U.S. Specialty Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gary D. Bressler, Esq. | gbressler@mdmc-law.com |
| Counsel to the lenders under the Debtors' prepetition second lien credit facility | Merrill Lynch Credit Products, LLC | ATTN: ALICE EATON | aeaton@paulweiss.com |
| Counsel to the lenders under the Debtors' prepetition second lien credit facility | Merrill Lynch Credit Products, LLC | ATTN: SAM LOVETT | slovett@paulweiss.com |
| Counsel to Chevron U.S.A. Inc. | Morris James LLP | Stephen M. Miller, Esq. | smiller@morrisjames.com |
| Counsel to Bank of America, N.A. | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney and Curtis S. Miller | cmiller@mnat.com |
| Top 30 Creditor | Office of Natural Resources Revenue | Steven Dilsaver, Administrator | steve.dilsaver@wyo.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J Casey | Linda.Casey@usdoj.gov |
| Counsel to Chesapeake Operating, Inc. | O'Kelly Ernst & Joyce, LLC | Michael J. Joyce, Esq. | mjoyce@oelegal.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Credit Products, L.L.C. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Alice Belisle Eaton, Esq. and Samuel E. Lovett, Esq. | aeaton@paulweiss.com; slovett@paulweiss.com |
| Attorney for Barbara J. Mans | Pentiuk, Couvreur & Kobiljak, P.C. | Kurt M. Kobiljak | kkobiljak@pck-law.com |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Top 30 Creditor | SSN LLC | Eric Abraham | eabraham@citgcapital.com |
| Delaware Attorney General | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: MATT DENN | attorney.general@state.de.us |
| Louisiana Attorney General | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | Executive@ag.louisiana.gov |
| North Dakota Attorney General | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: WAYNE STENEHJEM | ndag@nd.gov |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | usade.ecfbankruptcy@usdoj.gov |
| Top 30 Creditor | Wilbanks Reserve Corporation | Jim Wilbanks, President | jim@wilbanksreserve.com |
| Counsel to ConocoPhillips Company and Burlington Resources Oil & Gas Company LP | Womble Bond Dickinson (US) LLP | Kevin J. Mangan | kevin.mangan@wbd-us.com |

# Exhibit B

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Aethon Energy Operating LLC | Albert Huddleston, President | 12377 Merit Drive #1200 | | | Dallas | TX | 75251 |
| Bankruptcy Servicer for Capital One Auto Finance, a Division of Capital One, N.A. | AIS Portfolio Services, LP | Attn Capital One Auto Finance, a Division of Capital One, N.A. Department | Account: XXXXXXXXX4371 | 4515 N Santa Fe Ave. Dept. APS | | Oklahoma City | OK | 73118 |
| Top 30 Creditor | Apache Corporation | Christopher W. Barnes, Senior Legal Advisor | 2000 Post Oak Blvd | Ste 100 | | Houston | TX | 77056 |
| Top 30 Creditor | Baker Petrolite LLC | Tiffany Nguyen | 12645 W. Airport Blvd. | | | Sugar Land | TX | 77478 |
| Counsel to the agent for the Debtors' prepetition first lien credit facility | BANK OF AMERICA, N.A. | ATTN: ROBERT DEHNEY | C/O: MORRIS NICHOLS ARSHT & TUNNELL | 1201 NORTH MARKET STREET, 16TH FLOOR | PO BOX 1347 | WILMINGTON | DE | 19899-1347 |
| Top 30 Creditor | Basic Energy Services Lp | T.M. Patterson, CEO | 801 Cherry Street, Suite 2100 | | | Fort Worth | TX | 76102 |
| Top 30 Creditor | Basin Service Company | Lori Conway | 155 1st St W | | | Westhope | ND | 58793 |
| Top 30 Creditor | Berenergy Corporation | Robert Goodyear, President | 1888 Sherman Street | Suite 600 | | Denver | CO | 80203 |
| Top 30 Creditor | Bergman Oil & Gas Inc. | Jay Bergman, President | 108 East Ogden Avenue #101 | | | Hinsdale | IL | 60521 |
| Top 30 Creditor | Bobs Oilfield Service Inc | Rob Heim, Manager | 3365 US-85 | | | Belfield | ND | 58622 |
| Counsel to the Enduro Royalty Trust | Bracewell LLP | Thomas W. Adkins | 111 Congress Ave., Ste. 2300 | | | Austin | TX | 78701-4061 |
| Top 30 Creditor | Chesapeake Operating Inc. | Robert Lawler, President & CEO | 6100 North Western Avenue | | | Oklahoma City | OK | 73118-1044 |
| Top 30 Creditor | Chevron Usa Inc | Michael Wirth, CEO | 6001 Bollinger Canyon Rd | #D1248 | | San Ramon | CA | 94583 |
| Counsel to Seitel Data, Ltd., Seitel Data Corp., Seitel Offshore Corp., and Seitel Canada Ltd. | Clark Hill Strasburger | Andrew Edson | 901 Main Street, Suite 4400 | | | Dallas | TX | 75201-3794 |
| Counsel to Seitel Data, Ltd., Seitel Data Corp., Seitel Offshore Corp., and Seitel Canada Ltd. | Clark Hill Strasburger | Duane J. Brescia | 720 Brazos, Suite 700 | | | Austin | TX | 78701 |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Top 30 Creditor | Electric Solutions | Christopher Bristol, Owner | 1009 ND-5 | | | Bottineau | ND | 58318 |
| Counsel to the Debtors' prepetition majority equity owner | EQUITY SPONSOR | ATTN: DAVID MEYER | C/O: VINSON & ELKINS | 666 FIFTH AVENUE | 26TH FLOOR | NEW YORK | NY | 10103-0040 |
| Counsel to the Debtors' prepetition majority equity owner | EQUITY SPONSOR | ATTN: JESSICA PEET | C/O: VINSON & ELKINS | 666 FIFTH AVENUE | 26TH FLOOR | NEW YORK | NY | 10103-0040 |
| Top 30 Creditor | Exco Operating Company, LP | Harold Hickey, President & CEO | 12377 Merit Drive | Suite 1700 | | Dallas | TX | 75251 |
| Counsel to Cobra Oil & Gas Corp. | Forshey & Prostok, LLP | J. Robert Forshey | 777 Main Street, Suite 1290 | | | Fort Worth | TX | 76102 |
| Top 30 Creditor | Fortis Energy Services Inc | Nathan Conway, CEO | 3001 West Big Beaver Road Ste 525 | | | Troy | MI | 48084 |
| Top 30 Creditor | Greg Grengs | Greg Grengs | 242 3Rd Ave W | | | Sherwood | ND | 58782 |

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Harbison Fischer Manufacturing | Robert A. Livingston, CEO | 901 North Crowley Rd | | | Crowley | TX | 76036 |
| Counsel to Heiple Mineral Trust | Heiple Law Office | H. L. Heiple, Esq. | PO Box 847 | | | Norman | OK | 73070 |
| Attorneys for New Mexico Oil Corporation | Hinkle Shanor LLP | Nancy S. Cusack | P.O. Box 2068 | | | Santa Fe | NM | 87504-2068 |
| Top 30 Creditor | IHD Liquids Management LLC | John Petrik, Principal | 4251 Highway 85 North | | | Williston | ND | 58801 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel to Chevron U.S.A. Inc. | King & Spalding LLP | Edward L. Ripley, Esq. and Ann R. Carroll, Esq. | 1100 Louisiana Street, Suite 4000 | | | Houston | TX | 77002 |
| Counsel to Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Credit Products, L.L.C. | Landis Rath & Cobb LLP | Richard S. Cobb, Esq. and Kerri K. Mumford, Esq. | 919 Market Street, Suite 1800 | | | Wilmington | DE | 19801 |
| Counsel to U.S. Specialty Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | David P. Primack, Esq. | 300 Delaware Avenue, Suite 770 | | | Wilmington | DE | 19801 |
| Counsel to U.S. Specialty Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gary D. Bressler, Esq. | 300 Delaware Avenue, Suite 770 | | | Wilmington | DE | 19801 |
| Top 30 Creditor | McKenzie Electric Cooperative Inc | John Skurupey, CEO | 3817 23Rd Ave. Ne | PO Box 649 | | Watford City | ND | 58854-0649 |
| Counsel to the lenders under the Debtors' prepetition second lien credit facility | Merrill Lynch Credit Products, LLC | ATTN: ALICE EATON | C/O: PAUL WEISS | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6064 |
| Counsel to the lenders under the Debtors' prepetition second lien credit facility | Merrill Lynch Credit Products, LLC | ATTN: SAM LOVETT | C/O: PAUL WEISS | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6064 |
| Counsel to Chevron U.S.A. Inc. | Morris James LLP | Stephen M. Miller, Esq. | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | | Wilmington | DE | 19899-2306 |
| Top 30 Creditor | Murdoch Oil | David Ermentraut, Manager | 1623 Big Horn Avenue | | | Worland | WY | 82401 |
| Top 30 Creditor | Office of Natural Resources Revenue | Steven Dilsaver, Administrator | C/O State of Wyoming Department of Audit | 122 West 25Th Street | Herschler Building, 4Th Fl West | Cheyenne | WY | 82002 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Counsel to Chesapeake Operating, Inc. | O'Kelly Ernst & Joyce, LLC | Michael J. Joyce, Esq. | 901 N. Market Street, 10th Floor | | | Wilmington | DE | 19801 |
| Top 30 Creditor | OXY USA Inc | Vicki Hollub, President & CEO | 5 Greenway Plaza Suite 110 | | | Houston | TX | 77046 |
| Counsel to Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Credit Products, L.L.C. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Alice Belisle Eaton, Esq. and Samuel E. Lovett, Esq. | 1285 Avenue of the Americas | | | New York | NY | 10019-6064 |
| Top 30 Creditor | Pioneer Natural Resources USA Inc | Timothy Dove, President & CEO | 5205 N O'Connor Blvd | Ste 200 | | Irving | TX | 75039 |
| Top 30 Creditor | Premier Pipe LLC | Ronal E. Dewan, CEO | 15600 JFK Blvd. | Suite 200 | | Houston | TX | 77032 |
| Top 30 Creditor | Quality Oilfield Services | Brenden Maslen | PO Box 1565 | | | Tioga | ND | 58852 |

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | S & B'S Oilfield & Excavation | Lesli Harvey, Principal | 1180 Us Highway 20 North | | | Thermopolis | WY | 82443 |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Top 30 Creditor | Spearfish Oilfield Supply Inc | Lori Conway | 155 1st St W | | | Westhope | ND | 58793 |
| Top 30 Creditor | SSN LLC | Eric Abraham | 354 Indusco Court | | | Troy | MI | 48083 |
| Delaware Attorney General | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: MATT DENN | CARVEL STATE BUILDING | 820 N. FRENCH STREET | | WILMINGTON | DE | 19801 |
| Louisiana Attorney General | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | P.O. BOX 94005 | | | BATON ROUGE | LA | 70804 |
| Louisiana Attorney General | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | 1885 N THIRD ST | | | BATON ROUGE | LA | 70802 |
| New Mexico Attorney General | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: HECTOR BALDERAS | 408 GALISTEO STREET | VILLAGRA BUILDING | | SANTA FE | NM | 87501 |
| New Mexico Attorney General | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: HECTOR BALDERAS | 201 3RD STREET NW | SUITE 300 | | ALBUQUERQUE | NM | 87102 |
| New Mexico Attorney General | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: HECTOR BALDERAS | 201 N. CHURCH STREET | SUITE 315 | | LAS CRUCES | NM | 88001 |
| North Dakota Attorney General | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: WAYNE STENEHJEM | 600 E. BOULEVARD AVENUE | DEPT. 125 | | BISMARCK | ND | 58505-0040 |
| Texas Attorney General | STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON | P.O. BOX 12548 | | | AUSTIN | TX | 78711-2548 |
| Wyoming Attorney General | STATE OF WYOMING ATTORNEY GENERAL | ATTN: PETER MICHAEL | KENDRICK BUILDING | 2320 CAPITAL AVENUE | | CHEYENNE | WY | 82002 |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| Top 30 Creditor | Tuffy's Pump Shop And Repair Inc | Andy Tofteland | 215 Country Road 9 N | | | Mohall | ND | 58761 |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 |
| Top 30 Creditor | Verendrye Electric Cooperative | Randy Hauck, GM | 615 Hwy 52 West | | | Velva | ND | 58790-7417 |
| Top 30 Creditor | Wilbanks Reserve Corporation | Jim Wilbanks, President | 450 E. 17th Avenue | Suite 220 | | Denver | CO | 80203 |
| Counsel to ConocoPhillips Company and Burlington Resources Oil & Gas Company LP | Womble Bond Dickinson (US) LLP | Kevin J. Mangan | 222 Delaware Avenue, Suite 1501 | | | Wilmington | DE | 19801 |
| Top 30 Creditor | XTO Energy Inc | Sara Ortwein, President | 810 Houston St. | | | Fort Worth | TX | 76102-6298 |