IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| ENDURO RESOURCE PARTNERS LLC, | ) Case No. 18-11174 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Court hereby schedules the following omnibus hearing date:

- **June 22, 2020 at 11:30 a.m. (ET)**

*[Signature]*
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

**Dated: May 11th, 2020**
**Wilmington, Delaware**

23220476.13